```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 13493
   PAUL JONES
   CYNTHIA R JONES                            CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9317      SSN XXX-XX-6656

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/27/2007 and was not confirmed.

      The case was dismissed without confirmation 10/18/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------

US BANK NATIONAL ASSOC     CURRENT MORTG           .00            .00           .00
US BANK NATIONAL ASSOC     MORTGAGE ARRE      30000.00            .00           .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC      18000.00            .00           .00
AMERICREDIT                UNSECURED          12455.72            .00           .00
ROUNDUP FUNDING LLC        UNSECURED            430.13            .00           .00
CCE NETWORK INC            UNSECURED          NOT FILED           .00           .00
WEXLER & WEXLER            UNSECURED          NOT FILED           .00           .00
COMCAST                    UNSECURED          NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED            755.15            .00           .00
VALENTINE & KEBARTAS INC   UNSECURED          NOT FILED           .00           .00
MR JAYASANKER MD           UNSECURED          NOT FILED           .00           .00
MCI                        UNSECURED          NOT FILED           .00           .00
SOUTH SUBURBAN HOSPITAL    UNSECURED          NOT FILED           .00           .00
STRACK & VANTIL            UNSECURED          NOT FILED           .00           .00
COMMERCIAL SERVICES GROU   UNSECURED          NOT FILED           .00           .00
TCF CREDIT CORP            UNSECURED          NOT FILED           .00           .00
THORNTON FINANCIAL SVCS    UNSECURED          NOT FILED           .00           .00
MIDWEST ANESTHESIOLOGIST   UNSECURED          NOT FILED           .00           .00
NIPSCO                     UNSECURED          NOT FILED           .00           .00
PROVIDIAN                  UNSECURED          NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           1197.37            .00           .00
US CELLULAR                UNSECURED          NOT FILED           .00           .00
ULTRA MERRILLVILLE         UNSECURED          NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED            558.14            .00           .00
AMERICREDIT FINANCIAL SE   NOTICE ONLY        NOT FILED           .00           .00
AMERICREDIT FINANCIAL SE   UNSECURED           7032.14            .00           .00
CAPITAL ONE AUTO FINANCE   UNSECURED           6264.28            .00           .00
STEVEN O HAMILL            DEBTOR ATTY             .00                          .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 13493 PAUL JONES & CYNTHIA R JONES

```
TRUSTEE                                                        .00

PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                          ---------------    ---------------
TOTALS                                               .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
   Dated: 01/28/08                       _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```